UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:  STANLEY BURCHELL COLLETT  and
RITA GAIL NOONAN

CASE NO. 14-20975 tnw

DEBTOR(S)

MOTION TO REDEEM PERSONAL PROPERTY AND FOR ORDER
FINDING BALANCE OF DEBT IS DISCHARGEABLE

Debtors move the Court, pursuant to 11 USC 722, for an Order permitting Debtors to redeem tangible personal property from the lien of Kawasaki Finance, PO Box 30253, Salt Lake City, Utah 84130, hereinafter referred to as Creditor.

1. Creditor has a claim against the Debtors in the amount of $3152.00, secured by a security interest in property the Debtors desire to redeem.

2. The lien of Creditor secures a dischargeable consumer debt.

3. The personal property which Debtors desire to redeem, to-wit: 2006 Kawasaki motorcycle, is tangible personal property intended primarily for personal, family, or household use.

4. Said property has been set apart to the Debtors as exempt.

5. The amount of the allowed secured claim of Creditor should be fixed as $500.00, which Debtors believe to be the value of the property in question.

WHEREFORE, Debtors request an Order of the Court permitting Debtors to redeem said property from the lien of Creditor by paying Creditor the amount of Creditor's allowed secured claim as set out in paragraph 5 thereof, and for an Order

finding that the balance of Creditor's claim is an unsecured debt that is dischargeable in bankruptcy.

/s/ Michael L. Rice
MICHAEL L. RICE
ATTORNEY FOR DEBTORS
880 Donaldson Highway
Erlanger, Kentucky 41018
(859) 727-6800

## NOTICE

Notice is hereby given that the creditor has fourteen (14) days from the date of the service of this Motion to file any objections to this Motion by filing a copy of said objections with the Court and sending a copy of said objections to the attorney for the Debtor at the address listed above. If objections to the Motion of Debtors are not filed within fourteen (14) days from the date of the service of this Motion, an order will be tendered to the Court for its consideration.

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion and Notice thereon was served by mail or Court approved email upon Kawasaki Finance, PO Box 30253, Salt Lake City, Utah 84130, Lori A. Schlarman, Trustee, PO Box 387, Hebron, Kentucky 41048 and US Trustee the 18th day of December, 2014. I further certify that creditor was notified that they have fourteen (14) days from the date of service of this Motion to file objections to said Motion.

/s/ Michael L. Rice
MICHAEL L. RICE