UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: STANLEY BURCHELL COLLETT and RITA GAIL NOONAN
　　　DEBTORS　　　　　　　　　　　　　　　　　CASE NO. 14-20975

MOTION TO REOPEN CASE
MOTION FOR RELIEF WITHOUT NOTICE OR HEARING PURSUANT TO
LOCAL RULE 9013-1 c I

　　　Come Debtors, Stanley Burchell Collett and Rita Gail Noonan, by and through counsel, and move this Court for an Order reopening this case for the purpose of filing an Order Redeeming and two reaffirmation agreements.

　　　Debtors filed this case under chapter 7 of the United States Bankruptcy Code on June 30, 2014.

　　　Debtors case was closed on January 22, 2015.

　　　Debtors' attorney failed to tender a proposed Order redeeming personal property.

　　　There are two reaffirmation agreements that need to be filed with the Court.

　　　　　　　　　　　　　　　　　　　/s/ Michael L. Rice
　　　　　　　　　　　　　　　　　　　MICHAEL L. RICE
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEBTORS
　　　　　　　　　　　　　　　　　　　880 Donaldson Highway
　　　　　　　　　　　　　　　　　　　Erlanger, Kentucky 41018
　　　　　　　　　　　　　　　　　　　859 727-6800

## NOTICE

THIS MOTION IS FILED WITHOUT NOTICE OR HEARING PURSUANT TO LOCAL RULE 9013-1 c I.

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion and Notice was served by mail or Court approved email upon Lori Schlarman, Trustee, PO Box 387, Hebron,, Kentucky 41048, US Trustee, 100 East Vine Street, Suite 500, Lexington, Kentucky 40507 and all creditors and parties in interest the 1st day of May, 2015.

/s/ Michael L. Rice
MICHAEL L. RICE