UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: STANLEY BURCHELL COLLETT and RITA GAIL NOONAN
        DEBTORS                                                     CASE NO. 14-20975

ORDER REOPENING CASE

This matter being before the court upon the Motion of the Debtors and there being no objections filed with this Court to Debtors' Motion and the Court being sufficiently informed and advised:

IT IS HEREBY ORDERED AND ADJUDGED that this matter be and is REOPENED.

Pursuant to Local Rule 9022-1 c , Michael L. Rice shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to Local Rule 9022-1 (a) and shall file with the Court a certificate of service of the Order upon such parties within ten (10) days hereof.

Copies to:

Michael L. Rice, Attorney for Debtors, 880 Donaldson Highway, Erlanger, Kentucky 41018
Lori Schlarman, Trustee, PO Box 387, Hebron, Kentucky 41048
US Trustee, 100 East Vine Street, Suite 500, Lexington, Kentucky 40507