UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: STANLEY BURCHELL COLLETT and RITA GAIL NOONAN

CASE NO. 14-20975 tnw

DEBTOR(S)

ORDER SUSTAINING MOTION TO REDEEM PROPERTY
AND FINDING REMAINDER OF DEBT DISCHARGEABLE

The motion of Debtors to redeem tangible personal property from the lien of Kawasaki Finance, PO Box 30253, Salt Lake City, Utah 84130 by paying creditor the amount of creditor's allowed secured claim is sustained.

The Court finds as follows:

1. The property in question, to wit: 2006 Kawasaki motorcycle is personal property intended primarily for personal, family or household use.

2. The lien of creditor on said property secures a dischargeable consumer debt.

3. Said property has been set apart to the Debtors as exempt or has been abandoned by the trustee.

4. The value of said property is $500.00, which the Court fixes as the amount of creditor's allowed secured claim.

5. The Debtors may redeem said property from the lien of creditor by paying to creditor within 14 days from the date of this order the amount of creditor's allowed secured claim as fixed in paragraph 4 of this order.

6. The balance of the claim of creditor is for an unsecured debt that is dischargeable in bankruptcy.

Pursuant to Local Rule 9022-1 c, Michael L. Rice shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to Local Rule 9022-1 and shall file with the Court a certificate of service of the Order upon such parties within ten (10) days hereof.

Copies to:   Michael L. Rice, 880 Donaldson Highway, Erlanger, Kentucky 41018
Kawasaki Finance, PO Box 30253, Salt Lake City, Utah 84130
Lori A. Schlarman, Trustee, PO Box 387, Hebron, Kentucky 41048
US Trustee, 100 East Vine Street, Suite 807, Lexington, Kentucky 40507